UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

STATE OF FLORIDA, DEPARTMENT OF
ECONOMIC OPPORTUNITY,

    Plaintiff,

vs.

JOHN C. TEXTOR; JONATHAN F. TEAFORD;
JOHN M. NICHOLS; JOHN W. KLUGE II;
KEVIN C. AMBLER; JEFFREY W.
LUNSFORD; KEITH "CASEY" L. CUMMINGS;
KAEIL ISAZA TUZMAN; SINGER LEWAK
LLP; COWEN & CO.; ROTH CAPITAL
PARTNERS, LLC; MORGAN JOSEPH
TRIARTISAN LLC;  PBC GP III, LLC;PBC
DIGITAL HOLDINGS, LLC; PBC DIGITAL
HOLDINGS II, LLC; PBC MGPEF DDH, LLC;
PBC DDH WARRANTS, LLC;PBC JT, LLC;
PALM BEACH CAPITAL FUND III, LP; PBC III
PRINCIPALS FUND, LP; NATHAN WARD;
SHAUN MCGRUDER; MICHAEL
SCHMICKLE; JAMES HARPEL; RAFAEL
FOGEL; FALCON MEZZANINE PARTNERS II,
L.P.; MARK MILLER; CLIFF PLUMER; CARL
STORK; JOHN SCULLEY & JOHN DOES,

    Defendants.
_____/

Adv. No. 14-01637-EPK

### PLAINTIFF STATE OF FLORIDA, DEPARTMENT OF ECONOMIC OPPORTUNITY'S RULE 9027(e)(3) STATEMENT IN RESPONSE TO JOHN TEXTOR' S NOTICE OF REMOVAL

Plaintiff, State of Florida Department of Economic Opportunity (sometimes referred to as the "State"), pursuant to Fed.R.Bankr.P. 9027(e)(3), hereby (1) denies any allegation that the removed claims or causes of action are core proceedings; and (2) states that the Plaintiff does not consent entry of final orders or judgment by the bankruptcy judge.

The State submits this Statement pursuant to the requirements of Fed.R.Bankr.P. 9027(e)(3) but without waiver of its right to contest the attempted improper removal of the above-captioned case (which is solely between the State and numerous non-debtor parties consisting of John Textor, and more than twenty (20) other non-debtor defendants) to this Court, and/or (b) having this Court mandatorily or permissively abstain and/or to equitably or mandatorily remand the action.

By filing this Notice, the State is <u>not</u> (i) consenting to or submitting to the jurisdiction of this Court; (ii) waiving the State's sovereign immunity or any objection to the Court's jurisdiction; (iii) waiving its objections to non-debtor John Textor's attempted removal of the State's state court action to this Court, including without limitation, any objection based on lack of jurisdiction, improper removal, sovereign immunity, abstention, or any procedural or substantive objections to the attempted removal; (iv) waiving its right to seek mandatory abstention, permissive abstention, mandatory remand and/or equitable remand; (v) consenting to the entry of final orders by this Court; (vi) waiving its right to trial by jury; (vii) waiving any right to seek withdrawal of the reference; or (viii) waiving any other right, argument or course of action not expressly included above.

Dated this 17th day of September, 2014.

> Respectfully submitted,
> /s/James D. Silver
> WILLIAM R. SCHERER
> Florida Bar No. 169454
> wscherer@conradscherer.com
> JAMES D. SILVER
> Florida Bar No. 373702
> jsilver@conradscherer.com
> CONRAD & SCHERER, LLP
> Counsel for State of Florida,
> Department of Economic Opportunity
> 633 South Federal Highway
> Fort Lauderdale, FL 33301
> Tel: (954) 847-3324
> Fax: (954) 463-9244

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished on the 17th day of September, 2014 via the Court's CM/ECF electronic noticing system to all registered users of CM/ECF in this case.

/s/James D. Silver
James D. Silver
