UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:

Adversary Number: 14-01637-EPK

-----------------------------------------------------------/

State of Florida Dept of Economic Opportunity,

Plaintiff,

v.

John C. Textor and Keith "Casey" L. Cummings,

Defendants.

-----------------------------------------------------------/

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING

I CERTIFY that a true copy of the *Notice of Hearing [ECF 15]* on Unopposed Motion to Extend Time to - Filed by Defendant Keith "Casey" L. Cummings (ECF 11) was served this 29th day of September, 2014, by Notice of Electronic Filing to the parties marked to receive CM/ECF, and served on all other interested parties on the attached service list by U.S. Mail.

Dated: September 29, 2014

Respectfully submitted,

/s/ *Alan B. Rose*
Alan B. Rose, Esq
Florida Bar No. 961825
MRACHEK, FITZGERALD, ROSE,
KONOPKA, THOMAS & WEISS, P.A.
505 South Flagler Drive, Suite 600
West Palm Beach, FL 33401
(561) 655-2250 Telephone
(561) 655-5537 Facsimile
email: arose@mrachek-law.com
*Attorneys for Defendant*
*Keith L. "Casey" Cummings*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF and by such other means as noted.

*s/ Alan B. Rose*
Alan B. Rose

**SERVICE LIST**

**ELECTRONICALLY TRANSMITTED VIA CM/ECF**

| | |
|---|---|
| James D. Silver, Esquire<br>633 S. Federal Highway<br>Fort Lauderdale, Florida 33301<br>954-847-3324 - Telephone<br>954-463-9244 - Facsimile<br>jds@conradscherer.com<br>*Counsel for Department of Economic Opportunity* | Tracy A. Nichols, Esquire<br>tracy.nichols@hklaw.com<br>brenda.scott@hklaw.com<br>damaris.almaguer@hklaw.com<br>Joaquin J. Alemany, Esquire<br>joaquin.alemany@hklaw.com<br>Eric B. Funt, Esquire<br>eric.funt@hklaw.com<br>Holland & Knight LLP<br>701 Brickell Avenue, Suite 3000<br>Miami, FL 33131<br>(305) 374-8500 - Telephone<br>(305) 789-7799 - Facsimile<br>*Counsel for Defendant John C. Textor* |

2

Form CGFCRD3 (11/14/11)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number:                                                                                                                     Adversary Number: 14-01637-EPK

In re:
Name of Debtor(s):
_____/

**State of Florida Dept of Economic Opportunity**
Plaintiff(s)

**VS.**

**John C Textor and Keith "Casey" L. Cummings**
Defendant(s)
_____/

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **October 15, 2014** at **10:30 AM** at the following location:

**Flagler Waterview Building
1515 N Flagler Dr Room 801 Courtroom B
West Palm Beach FL 33401**

to consider the following:

**Unopposed Motion to Extend Time to Filed by Defendant Keith "Casey" L. Cummings. (11)**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above-described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002-1(F) and 9073-1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape-recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072-2.**

Dated: <u>9/26/14</u>                                                                   **CLERK OF COURT**
                                                                                         By: <u>Cindy Klopp</u>
                                                                                         Courtroom Deputy