

**ORDERED in the Southern District of Florida on October 3, 2014.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

STATE OF FLORIDA, DEPARTMENT OF
ECONOMIC OPPORTUNITY,

    Plaintiff,

vs.   ADV. PROC. NO. 14-01637-EPK

JOHN C. TEXTOR; JONATHAN F. TEAFORD;
JOHN M. NICHOLS; JOHN W. KLUGE II;
KEVIN C. AMBLER; JEFFREY W. LUNSFORD;
KEITH "CASEY" L. CUMMINGS; KAEIL ISAZA
TUZMAN; SINGER LEWAK LLP; COWEN & CO.;
ROTH CAPITAL PARTNERS, LLC; MORGAN
JOSEPH TRIARTISAN LLC; PBC GP III, LLC;
PBC DIGITAL HOLDINGS, LLC; PBC DIGITAL
HOLDINGS II, LLC; PBC MGPEF DDH, LLC;
PBC DDH WARRANTS, LLC; PBC JT, LLC;
PALM BEACH CAPITAL FUND III, LP; PBC III
PRINCIPALS FUND, LP; NATHAN WARD;
SHAUN MCGRUDER; MICHAEL SCHMICKLE;
JAMES HARPEL; RAFAEL FOGEL; FALCON
MEZZANINE PARTNERS II, L.P.; MARK MILLER;
CLIFF PLUMER; CARL STORK;
JOHN SCULLEY & JOHN DOES,

**Defendants.**
_____/

## ORDER DENYING MOTION TO CONVERT HEARING

**THIS MATTER** came before the Court upon the *State of Florida, Department of Economic Opportunity's Motion to Convert October 15, 2014 Hearing to Scheduling/Status Conference, to Determine the Order in Which Pending Motions are to be Heard, to Schedule Evidentiary Hearings, and for Entry of Related Pre-Hearing Scheduling Order* [ECF No. 25] (the "Motion"). With the Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 25] is DENIED. All matters scheduled for hearing in this case on October 15, 2014 shall be considered on a preliminary, non-evidentiary basis. At that hearing, the Court will consider the order in which the pending motions shall be considered, whether any matter should be set for further preliminary or evidentiary hearing, and related scheduling concerns.

###

Copies furnished to:

James D. Silver, Esq.

*James D. Silver, Esq. is directed to serve a copy of this order on all appropriate parties and file a certificate of service.*