UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re:<br><br>DDMG Estate, et al.,<br><br><br><br>Debtors. | Chapter 11<br>Case No. 12-12568 (BLS)<br>(Jointly Administered)<br>(Pending before the U.S. Bankruptcy Court, District of Delaware) |
| STATE OF FLORIDA, DEPARTMENT OF ECONOMIC OPPORTUNITY<br><br>         Plaintiff,<br><br>vs.<br><br>JOHN C. TEXTOR; JONATHAN F. TEAFORD; JOHN M. NICHOLS; JOHN W. KLUGE II; KEVIN C. AMBLER; JEFFREY W. LUNSFORD; KEITH "CASEY" L. CUMMINGS; KALEIL ISAZA TUZMAN; SINGERLEWAK LLP; COWEN & CO.; ROTH CAPITAL PARTNERS, LLC; MORGAN JOSEPH TRIARTISAN LLC; PBC GP III, LLC; PBC DIGITAL HOLDINGS, LLC; PBC DIGITAL HOLDINGS II, LLC; PBC MGPEF DDH, LLC; PBC DDH WARRANTS, LLC; PBC JT, LLC; PALM BEACH CAPITAL FUND III, LP; PBC III PRINCIPALS FUND, LP; NATHAN WARD; SHAUN MCGRUDER; MICHAEL SCHMICKLE; JAMES HARPEL; RAFAEL FOGEL; FALCON MEZZANINE PARTNERS II, LP.; MARK MILLER; CLIFF PLUMER; CARL STORK; JOHN SCULLEY & JOHN DOES.<br><br>         Defendants. | Adv. Proc. No. 14-01637-EPK<br><br>(Civil Action No. 562014CA001652BTXXXX, Circuit Court of the Nineteenth Judicial Circuit, St. Lucie County, Florida) |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the *Agreed Order Deferring Ruling on*

*(1) Defendant Keith "Casey" L. Cummings Unopposed Motion for Entry of an Order that There is*

*Currently No Requirement that He Respond to Amended Complaint and (2) Defendant John C. Textor's Motion for Extension of Time to respond to Plaintiff's Complaint* [ECF No. 37] was served on October 15, 2014, via electronic transmission on all CM/ECF registered users for this case; and via U.S. Mail and/or E-Mail on the parties identified on the attached Service List.

Dated:  October 15, 2014                    Respectfully submitted,

                                            **HOLLAND & KNIGHT LLP**
*Counsel for Defendant John C. Textor*
701 Brickell Avenue
Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile:  (305) 789-7799
E-mail: tracy.nichols@hklaw.com
E-mail: jose.casal@hklaw.com
E-mail: joaquin.alemany@hklaw.com
E-mail: eric.funt@hklaw.com

By:  /s/ Eric B. Funt
      Tracy A. Nichols
      Florida Bar No. 454567
      Jose A. Casal
      Florida Bar No. 767522
      Joaquin J. Alemany
      Florida Bar No. 662380
      Eric B. Funt
      Florida Bar No. 102190

**SERVICE LIST**

William R. Scherer, Esq.
Conrad & Scherer, LLP
633 South Federal Hwy., 8th Floor
Fort Lauderdale, FL 33301
E-mail: wscherer@conradscherer.com

James D. Silver, Esq.
Conrad & Scherer, LLP
633 South Federal Hwy., 8th Floor
Fort Lauderdale, FL 33301
E-mail: jsilver@conradscherer.com

Daniel B. Harrell, Esq.
Gonano & Harrell
1600 South Federal Highway, Suite 200
Fort Pierce, FL 34950
E-mail: dharrell@gh-law.com

Douglas E. Gonano, Esq.
Gonano & Harrell
1600 South Federal Highway, Suite 200
Fort Pierce, FL 34950
E-mail: dgonano@gh-law.com;

Alexzander Gonano, Esq.
Gonano & Harrell
1600 South Federal Highway, Suite 200
Fort Pierce, FL 34950
E-mail: agonano@gh-law.com

Singer Lewak LLP
10960 Wilshire Boulevard
Los Angeles, CA 90024-3702

PBC DDH WARRANTS, LLC
PBC MGPEF DDH, LLC
160 Greentree Drive
Dover, DE 19904-7620

PBC GP III, LLC
PBC Digital Holdings, LLC
PBC Digital Holdings II, LLC
505 Flagler Drive
West Palm Beach, FL 33401-5952

3

Rafael Fogel
Falcon Messanine Partners II, L.P.
21 Custom House Street
Tenth Floor
Boston, MA 02110

Cowen & Co.
559 Lexington Avenue
New York, NY 10022

James Harpel
1102 North Ocean Boulevard
Palm Beach, FL 33480

John Sculley
125 Wells Road
Palm Beach, FL 33480

Michael Schmickle
1422 Clydesdale Avenue
Wellington, FL 33414

Nathan Ward
7615 South Flagler Drive
West Palm Beach, FL 33405

Palm Beach Capital Fund III, LP
c/o Registered Agent –
 Corporate Creations Network Inc.
3411 Silverside Road
No. 104 Rodney Building
Wilmington, DE 19810

PBC III Principals Fund, L.P.
c/o Registered Agent –
  The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

PBC JT, LLC
c/o Registered Agent –
  National Registered Agents, Inc.
160 Greentree Drive
Suite 101
Dover, DE 19904

Shaun McGruder
129 Seville Road
West Palm Beach, FL 33405

Cliff Plumer
300 Rose Avenue
Venice, CA 90291

Carl Stork
c/o David Shemano, Esq.
Peitzman Weg, LLP
2029 Century Park East
Suite 3100
Los Angeles, CA 90067

John R. Loftus, Esq.
Stroock & Stroock
2029 Century Park East
Los Angeles, CA 90057-3086

Joseph Coates, III
Greenberg Traurig
777 South Flagler Drive
Suite 3000
West Palm Beach, FL 33401

Jonathan Teaford
c/o Samuel Salario, Esq.
Email: ssalario@cfjblaw.com
Carlton Fields Jorden Burt
Corporate Center Three at International Plaza
4221 W. Boy Scout Boulevard
Tampa, Florida  33607-5780

Kevin Ambler
c/o Stanley H. Wakshlag, Esq.
Email: swakshlag@kennynachwalter.com
Kenny Nachwalter
1100 Miami Center
201 South Bisayne Blvd.
Miami, Florida 33131

5

John Nichols
Brian Miller, Esq.
Email: brian.miller@akerman.com
Samantha Kavanaugh, Esq.
Email: samantha.kavanaugh@akerman.com
Akerman
One Southeast Third Avenue, 25th Fl.
Miami, FL 33131

John Kluge II
Jeffrey Lunsford
Keith "Casey" Cummings
Kaleil Isaza Tuzman
c/o Peter Isajiw, Esq.
Email: peter.isajiw@cwt.com
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281