

**ORDERED in the Southern District of Florida on November 6, 2014.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

STATE OF FLORIDA, DEPARTMENT
OF ECONOMIC OPPORTUNITY,

    Plaintiff,                                            Adv. Pro. No. 14-01637-EPK

v.

JOHN C. TEXTOR, *et al.*

    Defendants.
_____/

**ORDER ABSTAINING FROM AND REMANDING
THIS ADVERSARY PROCEEDING**

THIS MATTER came before the Court for hearing on October 29, 2014 upon the *State of Florida, Department of Economic Opportunity's Motion to Strike Notice of Removal, for Mandatory or Permissive Abstention, or Alternatively for Remand* [ECF No. 13] (the "Motion") filed by the State of Florida, Department of Economic Opportunity (the "Plaintiff") and the *Order (A) Setting Continued Hearing on Motion to Abstain Under 28 U.S.C. § 1334(c)(2) and*

1

*(B) to Show Cause Why This Court Should Not Abstain Under 28 U.S.C. § 1334(c)(1)* [ECF No. 44] (the "Order to Show Cause").

At the hearing, the Court determined to abstain from this adversary proceeding under both 28 U.S.C. § 1334(c)(1) and 28 U.S.C. § 1334(c)(2). As the standard for equitable remand under 28 U.S.C. § 1452(b) is substantially the same as that for abstention under 28 U.S.C. § 1334(c)(1), and in light of the potential harm to the Plaintiff should the Court simply dismiss this adversary proceeding, the Court will remand this case to the Florida court from which it was removed.

For the reasons stated on the record at the hearing, as well as the reasons stated in the Order to Show Cause, and being otherwise fully advised in the premises, the Court ORDERS AND ADJUDGES that:

1. The Motion [ECF No. 13] is GRANTED to the extent provided herein.
2. As requested in the Motion, the Court abstains from this adversary proceeding under 28 U.S.C. § 1334(c)(2).
3. In addition, *sua sponte*, the Court abstains from this adversary proceeding under 28 U.S.C. § 1334(c)(1).
4. The above-captioned adversary proceeding is remanded to the Circuit Court of the Nineteenth Judicial Circuit, in and for St. Lucie County, Florida.
5. All pending motions are denied as moot.
6. The clerk shall close the above-captioned adversary proceeding.

###

Copies furnished to:
James Silver, Esq.

*James Silver, Esq. is directed to serve a conformed copy of this order on all appropriate parties and file a certificate of service with the Court.*